

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00376-CV

**HILCO RECEIVABLES, L.L.C.**,
Appellant and Cross-Appellee

v.

Pedro A. **QUIÑONES**,
Appellee and Cross-Appellant

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 333407
Honorable Irene Rios, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of the appeal assessed against the party who incurred them.

SIGNED November 13, 2013.

_____
Luz Elena D. Chapa, Justice